IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )    No.  11 CR 800-2
                               )
SALIOU MBAYE,                  )
                               )
            Defendant.         )

MEMORANDUM ORDER

During yesterday's arraignment proceeding this Court granted the motion filed on behalf of defendant Saliou Mbaye ("Mbaye") for appointment of a federal defender to represent him in these proceedings (having cautioned Mbaye that if it were to develop that he could afford to retain counsel, the law requires reimbursement of the government for any fees paid to counsel under the Criminal Justice Act ("Act"). At the time of arraignment this Court had not yet received the Pretrial Services Report ("Report"), which was delivered to chambers later in the day.

According to the Report Mbaye's compensation as a high school teacher amounts to $6,000 monthly, while the pretrial services officer listed monthly expenses aggregating only $1,745. At the time of the arraignment Mbaye's handwritten responses on his financial statement form had been amended to increase the monthly expense amount to $5,000, but that was done without itemization. Accordingly Mbaye's counsel is ordered to obtain

and to submit a revised (and detailed) financial statement to support Mbaye's entitlement to representation under the Act.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 17, 2011